CV-04-PT-0962-M

 

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT   RECEIVED
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152    2004 MAY 10 PM 1:07

TO:   Northern District of Alabama
      1729 Fifth Ave North
      Birmingham Alabama
      35203

RE:   U.S. DISTRICT COURT
      N.D. OF ALABAMA

CIVIL ACTION # 04-10888 RCL

CRIMINAL #.

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on 5-6-04 by the Honorable Judge Lindsay.
The following documents are included in our file and transmitted herewith:

(✓)   Certified copy of the docket entries;

(✓)   Certified copy of the transferral order;

(✓)   Original documents numbered  1 - 4

( )   _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

Date: 5-6-04

By: _____
    Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number:   CV-04-PT-0962-M

By: _____
    Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)